IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 07-10143-07-JTM |
| | ) | |
| TRENA RIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. 3553(e)**

The United States, by and through Debra L. Barnett, Assistant United States Attorney for the District of Kansas, hereby moves the Court for a reduction of the sentence to be imposed herein to reflect the substantial assistance provided by the defendant in the investigation and prosecution of other persons who have committed offenses. This motion is made pursuant to 18 U.S.C. § 3553(e) and United States Sentencing Guidelines § 5K1.1. In support the United States says as follows:

1. The defendant has provided substantial assistance to the United States and testified in the trial of his co-defendants in this case.

2. The United States recommends that the defendant be given a reduction from the proposed advisory guideline range based upon his testimony during the trial of this matter and his continued debriefings with law enforcement. The United States recommends a reduction to 36 months imprisonment.

WHEREFORE, the United States respectfully requests that the Court reduce the defendant's term of imprisonment to 36 months, based upon all of the relevant circumstances in this case, including the defendant's acceptance of responsibility, his willingness to provide information to law enforcement and his assistance to the United States in the trial of this matter.

Respectfully submitted,

LANNY D. WELCH
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Debra.Barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Stephen E. Robison, attorney for defendant.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney